UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

**WILLIE JONES (#573876)**　　　　　　　　　　　　　CIVIL ACTION

**VERSUS**

**CHARLES GOODEN, ET AL.**　　　　　　　　　　　NO. 21-00372-BAJ-EWD

### RULING AND ORDER

On October 28, 2022, the Magistrate Judge issued a **Report And Recommendation (Doc. 34, the "R&R")** recommending that Plaintiff's Motion for Leave to File Amended Complaint (Doc. 25) be granted in part and denied in part, and Plaintiff's remaining claims against Defendant Tim Hooper be dismissed with prejudice. The Magistrate Judge also recommended that Plaintiff's Motion for Leave of Court to Amend Complaint (Doc. 24), Defendant Hooper's Second Motion to Dismiss for Failure to State a Claim (Doc. 30), and Plaintiff's Motion Requesting Leave to File Reply to Rule 12(b)(6) Motion (Doc. 31) be denied as moot. The Parties do not object to the R&R.

Having carefully considered Plaintiff's Complaint and various Motions, the Court **APPROVES** the R&R and **ADOPTS** it as the Court's opinion in this matter.

Accordingly,

**IT IS ORDERED** that Plaintiff's Motion for Leave of Court to Amend Complaint (Doc. 24) be and is hereby **DENIED AS MOOT.**

**IT IS FURTHER ORDERED** that Plaintiff's Motion for Leave to File

Amended Complaint (Doc. 25) be and is hereby **GRANTED IN PART AND DENIED IN PART**. To the extent the Motion requests to amend Plaintiff's claims against Defendant Charles Gooden, it is **GRANTED**. To the extent the Motion requests to amend Plaintiff's claims against Defendant Hooper, it is **DENIED**. The Clerk of Court is instructed to file Doc. 25-1 as Plaintiff's First Amended Complaint in a new docket entry.

**IT IS FURTHER ORDERED** that Plaintiff's remaining claims against Defendant Hooper be and are hereby **DISMISSED WITH PREJUDICE**.

**IT IS FURTHER ORDERED** that Defendant Hooper's Second Motion to Dismiss for Failure to State a Claim (Doc. 30) be and is hereby **DENIED AS MOOT**.

**IT IS FURTHER ORDERED** that Plaintiff's Motion Requesting Leave to File Reply to Rule 12(b)(6) Motion (Doc. 31) be and is hereby **DENIED AS MOOT**.

Baton Rouge, Louisiana, this 3rd day of January, 2023

**JUDGE BRIAN A. JACKSON
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA**